# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

JOSEPH MICHAEL DEVON ENGEL,            )
                                       )
       Plaintiff,                 )
                                       )
v.                                     )    No. 4:20-CV-1813 RLW
                                       )
ERDCC, et al.,                         )
                                       )
       Defendants.                )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 13] is **DENIED**.

Dated this 8th day of April, 2021.

                                                                         RONNIE L. WHITE
                                                                        UNITED STATES DISTRICT JUDGE